**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF A PETITION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 BY<br><br>MACQUARIE BANK LIMITED,<br><br>Petitioner. | Case No. 2:14-cv-0797-GMN-NJK<br><br>ORDER RE: MOTION TO COMPEL OR FOR ORDER TO SHOW CAUSE<br><br>(Docket No. 14) |

        Pending before the Court is Petitioner Macquarie Bank Limited's motion to compel or, in the alternative, for an order to show cause. Docket No. 14. A response was filed in opposition. Docket No. 21. A reply was also filed. Docket No. 24. The Court hereby **SETS** that motion for hearing for 10:00 a.m. on February 12, 2015, in Courtroom 3A.

        IT IS SO ORDERED.

        DATED:   January 27, 2015

                                                                    _____
                                                                    NANCY J. KOPPE
                                                                    United States Magistrate Judge