1  Chris Paparella (Admitted *Pro Hac Vice*)
   Carl W. Mills (Admitted *Pro Hac Vice*)
2  HUGHES HUBBARD & REED LLP
   One Battery Park Plaza
3  New York, NY 10004-1482
   Tel. (212) 837-6644
4  Fax (212) 422-6644
   christopher.paparella@hugheshubbard.com
5  carl.mills@hugheshubbard.com

6  Dan R. Waite (Nevada Bar No. 4078)
   Daniel Kiefer (Nevada Bar No. 12419)
7  LEWIS ROCA ROTHGERBER LLP
   3993 Howard Hughes Parkway, Suite 600
8  Las Vegas, Nevada 89169
   Tel. (702) 474-2638
9  Fax (702) 216-6177

10  *Attorneys for Petitioner Macquarie Bank Limited*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| IN THE MATTER OF A PETITION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 BY<br><br>MACQUARIE BANK LIMITED,<br><br>Petitioner. | Case No. 2:14-cv-00797-GMN-NJK<br><br>**MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF OBJECTIONS**<br><br>**<u>AND ORDER THEREON</u>** |
|---|---|

Petitioner Macquarie respectfully requests leave to submit the attached Reply in further support of its Objections to Magistrate Judge Koppe's May 28, 2015 Order. (ECF No. 37.) The Magistrate Judge's Order denied Macquarie's Section 1782 petition and disposed of the matter before the Court. Respondent's Opposition contains a number of misstatements of fact and law. In these circumstances, the Court may exercise its discretion to permit full briefing, as with traditional motions, and consider the attached proposed Reply in ruling on the Objections. *See, e.g.*, *G.K. Las Vegas Ltd. P'ship v. Simon Prop. Grp., Inc.*, 671 F. Supp. 2d 1203, 1206 & n.3 (D. Nev. 2009) (considering reply to opposition to objections).

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court
**DATED:** 07/13/2015.

1     RESPECTFULLY SUBMITTED this 9th day of July, 2015.

*/s/ Chris Paparella*
Chris Paparella (Admitted *Pro Hac Vice*)
Carl Mills (Admitted *Pro Hac Vice*)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
Tel. (212) 837-6644
Fax (212) 422-6644
christopher.paparella@hugheshubbard.com
carl.mills@hugheshubbard.com

*Attorneys for Petitioner Macquarie Bank Limited*